UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-35309 |
|---|---|
| MARIO P FRANCIS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MARIO P FRANCIS<br>8728 DEER CHASE DRIVE<br>HUBER HEIGHTS, OH  45424 | 7.17 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service         07-35309

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARIO P FRANCIS
8728 DEER CHASE DRIVE
HUBER HEIGHTS, OH  45424

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(57.1n)
ALICE WHITTEN
AMERICREDIT
BOX 183853
ARLINGTON, TX  76096

(55.1n)
LITTON LOAN SERVICING LP
% MCCALLA RAYMER LLC
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076

(56.1n)
MARTHA R SPANER
SHAPIRO & FELTY
1500 W 3RD ST STE 400
CLEVELAND, OH  44113

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs